

**BENJAMIN R. KING**
Attorney At Law

10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067

**Direct** 310.282.2279
**Main** 310.282.2000
**Fax** 310.919.3910
bking@loeb.com

June 26, 2008

The Honorable Patty Shwartz
United States Magistrate Judge
[Via E-Filing]

Re: Fiji Water Company LLC v. Cott Passaic-Sussex Distributors, Inc., et al.
(CNJ Civil Action No. 2:07-cv-04604-KSH-PS)

Dear Magistrate Judge Shwartz:

By this letter, the parties informally and jointly request that the Court amend paragraph 9 of the Pretrial Scheduling Order so as to continue the current June 27, 2008 deadline to raise discovery disputes with the Court by two weeks (to July 11, 2008).

This request is made because the parties' meet and confer efforts are ongoing and the parties feel that it would be premature to raise disputes with the Court that may be resolved informally among the parties. In that regard, the parties have exchanged correspondence and engaged in live discussion concerning a variety of discovery issues. In those communications, each of the parties has agreed to provide supplemental responses to written discovery and are in the process of producing additional documents. These additional responses/productions may resolve some or all of the remaining concerns that would otherwise be raised with the Court tomorrow (under the current deadline).

The parties believe that the continuance requested in this informal application will narrow the issues to be raised with the Court and will not impact the other deadlines set by the Court in the Pretrial Scheduling Order. Accordingly, the parties request that paragraph 9 be amended to change the June 27, 2008 deadline to July 11, 2008.

Respectfully submitted and **so stipulated**,

/s/ Benjamin R. King

By: _____
Benjamin R. King
Attorneys for Fiji Water Company LLC

/s/ Stuart J. Glick

By: _____
Stuart J. Glick
Attorneys for Cott Passaic-Sussex Distributors, Inc., et al.

**It is so Ordered:** that this informal application is granted

Dated: _June 26_, 2008

_____
The Honorable Patty Shwartz,
UNITED STATES MAGISTRATE JUDGE

Los Angeles   New York   Chicago   Nashville   www.loeb.com
A limited liability partnership including professional corporations

LA1785464.1
207102-10008